UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DIEUDONNE ABEL,                      :
                                     :
                         Plaintiff,  :
                                     :   09 Civ. 10388 (DLC)
         - against -                 :
                                     :   **NOTICE OF MOTION**
TOWN SPORTS INTERNATIONAL HOLDINGS,  :
INC. and TOWN SPORTS INTERNATIONAL,  :
LLC,                                 :
                                     :
                         Defendants. :
------------------------------------ x

     PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in support, the Affirmation of Christopher Strianese, Esq. and exhibits thereto, and the Affidavit of Nitin Ajmera sworn to on November 23, 2010, Defendants Town Sports Holdings, Inc. and Town Sports International, LLC ("TSI" or "Defendants") respectfully move this Court for entry of an order to enforce the settlement agreement entered into by Defendants and Plaintiff Dieudonne Abel, or in the alternative that the Court only restore this matter under certain conditions, and for such other, or different relief the Court deems just and proper.

Dated: New York, New York       **BRYAN CAVE LLP**
       November 24, 2010

                                           /s/ Christopher Strianese
                                       Christopher Strianese
                                       (christopher.strianese@bryancave.com)

                                       1290 Avenue of the Americas
                                       New York, New York 10104
                                       (212) 541-1282 – Phone
                                       (212) 541-1492 – Fax

                                       *Attorneys for Defendants Town Sports International*
                                       *Holdings, Inc. and Town Sports International, LLC*