UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIEUDONNE ABEL,

                Plaintiff,

        - against -

TOWN SPORTS INTERNATIONAL HOLDINGS,
INC., TOWN SPORTS INTERNATIONAL, LLC,

                Defendants.
------------------------------------------------------------x

09 Civ. 10388 (DLC) (DF)

**AFFIDAVIT OF NITIN AJMERA**

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NEW YORK  )

NITIN AJMERA, being duly sworn, deposes and says:

1. I am the Vice President of Accounting for Town Sports International, LLC ("TSI") a defendant in the above-captioned case. I am fully familiar with the facts set forth in this Affidavit.

2. In October 2010, TSI reserved $75,000 allocable to meeting its obligations under the settlement agreement reached by the parties in this case. TSI included the $75,000 reserve in the total expense column of its publicly available financial statements included in its quarterly report in a Form 10-Q filed with the Securities and Exchange Commission for the period ending September 30, 2010.

                                                           _____
                                                           Nitin Ajmera

Sworn to before me
this 23 day of November, 2010

_____
Notary Public

DAVID GANIS
Notary Public, State of New York
County of Westchester
No. 01GA6103525
My Commission Expires Dec 29, 2011